OPINION — AG — QUESTION: " MAY A FULL TIME DEPUTY COUNTY CLERK BE EMPLOYED BY A BOARD OF COUNTY COMMISSIONERS TO ASSIST THEM ON A PART TIME BASIS IN KEEPING RECORDS OF SAID BOARD INCIDENT AND NECESSARY TO THE CONSTRUCTION, MAINTENANCE AND REPAIR OF COUNTY ROADS AND PAY COMPENSATION THEREFORE FROM THE COUNTY HIGHWAY FUND? " — NEGATIVE (DUAL COMPENSATION) CITE: 19 O.S. 1961 180.65 [19-180.65](A), 19 O.S. 1961 180.65 [19-180.65](B), 19 O.S. 1961 180.65 [19-180.65](C), 19 O.S. 1961 180.67 [19-180.67] (W. J. MONROE)